UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LEANDRO RODRIGUES DOS SANTOS OLIVEIRA,<br><br>Petitioner,<br><br>v.<br><br>ANTONE MONIZ et al.,<br><br>Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil No. 25-13743-LTS<br>)<br>)<br>)<br>)<br>) |

JUDGMENT

December 19, 2025

SOROKIN, J.

Pursuant to the Court's Order dated December 11, 2025 (Doc. No. 8), as amended on December 16, 2025 (Doc. No. 10), the Petition for Writ of Habeas Corpus is ALLOWED for the reasons and to the extent the Court described.

All parties shall bear their own fees and costs.

SO ORDERED.

 /s/ Leo T. Sorokin
United States District Judge